Order affirmed.

WRIGHT, P. J., would reverse and remand for appropriate reduction.

## Commonwealth ex rel. Weiner v. Weiner, Appellant.

Before BONNELLY, P. J.

Argued December 11, 1968. *Marvin Comisky,* with him *Leonard Dubin, Harry O. Boreth,* and *Blank, Rome, Klaus & Comisky,* for appellant; *B. Nathaniel Richter,* for appellee.

Order affirmed.

WRIGHT, P. J., would reverse and remand for appropriate reduction.

MONTGOMERY, J., would reduce the order to $200 per week.

## Commonwealth v. Ulmer, Appellant.

Before LOWE, J.

Argued December 12, 1968. *Jean B. Green,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has com-

plied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

## Rodriguez, Appellant, *v.* Manuel Simones and Company.

*Wilson H. Oldhouser,* with him *Penrose Hertzler,* for appellant; *Arthur E. Ricchiuti,* Special Assistant Attorney General, with him *Clyde M. Hughes, Jr.,* Assistant Attorney General, *Raymond Kleiman,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for Commonwealth, appellee.

Order and decree affirmed.

March 18, 1969

## Commonwealth *v.* Turner, Appellant.

Argued March 17, 1969. *Alfred P. Filippone,* for appellant; *Michael M. Baylson* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

SPAULDING, J., absent.